**No. 52148.**—Bailey-Mora Company, Inc. *v.* United States, protests 112941–K, etc. (El Paso).

Opinion by CLINE, J. It was stipulated that the merchandise consists of Pasto Miel the same in all material respects as that the subject of *Southwestern Sugar & Molasses Co.* v. *United States* (18 Cust. Ct. 128, C. D. 1056). In view of the stipulation and on authority of the decision cited the claim of the plaintiff was sustained.